VORHAUS, Respondent, *v.* VAN NESS, Appellant.

(*Common Pleas of New York City and County, General Term.* December 19, 1889,)

Argued before VAN HOESEN, P. J., and BOOKSTAVER, J.

*W. H. Schooly*, for appellant. *J. P. Nieman*, for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.

---

KIRKLAND, Appellant, *v.* EASTON, Respondent.

(*Common Pleas of New York City and County, General Term.* December 31, 1889.)

Appeal from eleventh district court.

*W. D. Leonard*, for appellant. *A. W. Gleason*, for respondent.

PER CURIAM. This being an action of replevin, it was brought against the wrong party, and therefore the judgment should be affirmed, with costs

---

SMITH, Respondent, *v.* MOONELIS *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.* December 31, 1889.)

Appeal from seventh district court.

*Wise & Lichtenstein*, for appellants. *Johnston & Johnston*, for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.

---

BERNSTEIN, Respondent, *v.* COHEN, Appellant.

(*Common Pleas of New York City and County, General Term.* January 6, 1890.)

Appeal from third district court.

Argued before BOOKSTAVER, P. J., and BISCHOFF, J.

*Benno Loewy*, for appellant. *M. Altenmeyer*, for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.

---

QUIN, Appellant, *v.* WINTER, Respondent.

(*Common Pleas of New York City and County, General Term.* January 6, 1890.)

Argued before BOOKSTAVER, P. J., and BISCHOFF, J.

No opinion. Motion for leave to appeal to court of appeals denied, with $10 costs. For former reports, see 4 N. Y. Supp. 865; 7 N. Y. Supp. 755.

---

HANSON, Appellant, *v.* GRANT, Sheriff, Respondent.

(*Common Pleas of New York City and County, General Term.* January 13, 1890.)

Appeal from special term.

Argued before DALY, P. J., and BISCHOFF, J.

No opinion. Ordered that the order be affirmed, with costs.

---

GOODMAN *v.* DRY DOCK, E. B. & B. R. Co.

(*Common Pleas of New York City and County, General Term.* January 8, 1890.)

Argued before BOOKSTAVER, P. J., and BISCHOFF, J.

*Thos. F. Wentworth*, for plaintiff. *I. M. Scribner*, for defendant.

No opinion. Appeal dismissed, without costs to either party.